IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00753-MJW

MARIA LUNA, and
JUAN GUILLERMO LUNA BARAZA,

Plaintiffs,

v.

FAMILY AUTO SALES INCORPORATED,

Defendant.

## ORDER DISMISSING CASE

Entered by U.S. Magistrate Judge Michael J. Watanabe

In light of the Stipulation and Joint Motion to Dismiss with Prejudice (Docket No. 13), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a), each party to bear its own fees and costs.

DONE AND SIGNED THIS 23rd DAY OF JULY, 2015.

BY THE COURT:

s/Michael J. Watanabe

MICHAEL J. WATANABE
United States Magistrate Judge